**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| William Guthrie, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>McCarthy Burgess & Wolf, Inc.,<br><br>Defendant. | Civil No.: 2:21-cv-02591 (GRB)(JMW)<br><br>**STIPULATION OF DISMISSAL**<br><br>**FILED**<br>**CLERK**<br>12:59 pm, Jul 14, 2021<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys for the plaintiff, William Guthrie, and defendant, McCarthy Burgess & Wolff, Inc., improperly named as McCarthy Burgess & Wolf, Inc., that the above entitled action and all claims are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(ii), in all forums, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile signatures shall be deemed originals hereof.

Dated: July 13, 2021

| | |
|---|---|
| /s/*David M. Barshay*<br>David M. Barshay<br>Barshay, Rizzo & Lopez, PLLC<br>445 Broadhollow Rd, Suite C118<br>Melville, NY 11747<br>Ph: 631.210.7272<br>*Counsel for Plaintiff* | /s/ *Matthew B. Johnson*<br>Matthew B. Johnson<br>Gordon Rees Scully Mansukhani LLP<br>One Battery Park Plaza, 28th Floor<br>New York, New York 10004<br>Ph: 212.402.2298<br>*Counsel for Defendant* |

Dated: 7/14/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

1242182/59626548v.1